NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

SLR PARTNERS, LLC and
ROZI MEDICAL DEVICES LIMITED,
*Plaintiffs-Appellants*

v.

B. BRAUN MEDICAL INC.,
*Defendant-Appellee.*

·———————————————

2010-1188

———————————————

Appeal from the United States District Court for the Southern District of California in no. 09-CV-1145, Judge Jeffrey T. Miller.

———————————————

**JUDGMENT**

———————————————

JONATHAN HANGARTNER, X-Patents, APC, of La Jolla, California, argued for plaintiffs-appellants.

JOHN C. O'QUINN, Kirkland & Ellis LLP of Washington, DC, argued for defendant-appellee. With him on the brief were DANIEL F. ATTRIDGE, EDWARD C. DONOVAN and NATHAN S. MAMMEN.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, LINN, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 12, 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |